ACCEPTED
03-15-00065-CR
5174070
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 1:00:49 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00065-CR

| | | |
|---|---|---|
| ELIZABETH BLACK, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | FOR THE THIRD DISTRICT |
| | § | |
| THE STATE OF TEXAS, | § | OF TEXAS |
| Appellee | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 1:00:49 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, ELIZABETH BLACK, Appellant, and files this motion for an extension of thirty (30) days in which to file Appellant's Brief. This request is made pursuant to and in compliance with Texas Rules of Appellate Procedure 10.1 and 10.5(b)(1). In support of this motion, Appellant shows the court the following:

### I.

Appellant appealed a pre-trial suppression order in a Driving While Intoxicated case from the Travis County Court at Law Number Five, Cause Number C1CR-13-217530 which was denied on January 13, 2015. Appeal was perfected by Appellant on January 26, 2015. Appellant filed a motion for extension of time to file brief on April 9, 2015. This Honorable Court granted the motion and Appellant's brief is due May 11, 2015.

### II.

Counsel for Appellant has a very large docket and trial schedule which has prevented him from being able to complete a brief. Additionally, council for Appellant is out of town this week. Appellant's co-counsel, Meril "Gene" Anthes, Jr., is drafting Appellant's brief—however, his wife just had their second child on April 30, 2015, and he's a little sleep deprived.

Appellant respectfully requests an extension of thirty (30) days in which to file her brief.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing Appellant's Brief thirty (30) days.

Respectfully submitted,

CHRISTOPHER M. GUNTER
State Bar No. 08624600
ALAN BENNETT
State Bar No. 02137100
MERIL "GENE" ANTHES, JR.
State Bar No. 24040125
GUNTER, BENNETT & ANTHES, P.C.
600 West Ninth Street
Austin, Texas 78701-2212
Chris@GBAFirm.com
www.GBAFirm.com
Phone: (512) 476-2494
Fax: (512) 476-2497
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Extension of Time to Brief was delivered to Ms. Giselle Horton, Assistant Travis County Attorney, via facsimile to (512) 854-9316 on this the 6th day of April, 2014.

MERIL "GENE" ANTHES, JR

THE STATE OF TEXAS          §
                            §
COUNTY OF TRAVIS            §

## <u>VERIFICATION</u>

On this day, MERIL "GENE" ANTHES, JR. appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the Appellant's Second Motion for Extension of Time to Brief and the facts stated in it are within his personal knowledge and are true and correct.

_____
MERIL "GENE" ANTHES, JR.

SWORN TO AND SUBSCRIBED before me by Meril "Gene" Anthes, Jr. on May 6, 2015.

_____
NOTARY PUBLIC, State of Texas



SHELLEY KELLER
MY COMMISSION EXPIRES
September 10, 2018

NO. 03-15-00065-CR

| ELIZABETH BLACK, | § | |
|---|---|---|
| Appellant | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FOR THE THIRD DISTRICT |
| | § | |
| THE STATE OF TEXAS, | § | OF TEXAS |
| Appellee | § | |

## **O R D E R**

On this day came to be heard Appellant's First Motion for Extension of Time to File Brief, and the court having reviewed the same finds the motion should be:

GRANTED / DENIED.

IT IS THEREFORE ORDERED that the time in which to file Appellant's Brief is extended until the _____ day of _____, 2015.

SIGNED this ____ day of _____, 2015.

_____
JUDGE PRESIDING



**GUNTER, BENNETT & ANTHES**

ATTORNEYS AT LAW

600 WEST NINTH STREET
AUSTIN, TEXAS 78701

Christopher M. Gunter*
Alan Bennett
Meril "Gene" Anthes, Jr.

* Board Certified - Criminal Law
Texas Board of Legal Specialization

Telephone:
Office: (512) 476-2494
Fax: (512) 476-2497

May 6, 2015

Honorable Jeffrey D. Kyle
Clerk of the Court
Austin Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

*Via Electronic Delivery*

RE:   The State of Texas
vs.
Elizabeth Black
No. 03-15-00065-CR
On Appeal from Travis County
Court-at-law Number Five
Cause No. C1CR-13-217530

Dear Mr. Kyle:

Enclosed for filing please find Appellant's Second Motion for Extension of Time to File Brief in the above-referenced cause.

Thank you for your assistance in this matter. Please feel free to contact me should you have any questions.

Best regards,

Gene Anthes

cc:   *Giselle Horton*
*Assistant Travis County Attorney*
*Via Facsimile (512) 854-9316*